# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BARRICK GOLD CORPORATION, Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ELIZABETH GOFF GONZALEZ, DISTRICT JUDGE, Respondents,<br>and<br>BULLION MONARCH MINING, INC., Real Party in Interest. | No. 83415<br><br>FILED<br><br>MAR 11 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## *ORDER DISMISSING PETITION*

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Elizabeth Goff Gonzalez, District Judge
Parsons Behle & Latimer/Reno
Parsons Behle & Latimer/Salt Lake City
Pisanelli Bice, PLLC
Lewis Roca Rothgerber Christie LLP/Las Vegas
Robison, Sharp, Sullivan & Brust
Eighth District Court Clerk